Patrick L. Rocco (PR-8621)
**STONE BONNER & ROCCO LLP**
447 Springfield Avenue, 2nd Floor
Summit, New Jersey 07901
(908) 516-2045
Email: procco@lawsbr.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| OKUMUS OPPORTUNISTIC VALUE FUND, LTD.<br><br>Plaintiff<br><br>vs.<br><br>VALEANT PHARMACEUTICALS NTERNATIONAL, INC., J. MICHAEL PERASON, HOWARD B. SCHILLER, ROBERT ROSIELLO, ARI KELLEN and TANYA CARRO<br><br>Defendants | Civ. Action No.: 3:17-cv-06513 (MAS-LHG)<br><br>*Document Electronically Filed* |

## **PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

The undersigned, counsel of record for Plaintiff Okumus Opportunistic Value Fund, Ltd., in compliance with Fed. R. Civ. P. 7.1, states that Okumus Opportunistic Value Fund, Ltd., has no parent corporations and that no publicly held corporation or affiliate owns ten percent or more of its stock.

Dated: September 7, 2017.

                        Respectfully submitted,

                By:      s/ Patrick L. Rocco
                        Patrick L. Rocco (PR-8621)
                        STONE BONNER & ROCCO LLP
                        447 Springfield Avenue, 2nd Floor
                        Summit, New Jersey 07901
                        (908) 516-2045
                        Email:  procco@lawsbr.com

                        *Attorney for Plaintiff*