**STONE BONNER & ROCCO LLP**
ATTORNEYS AT LAW

447 SPRINGFIELD AVENUE, 2ND FLOOR
SUMMIT, NEW JERSEY 07901
(908) 516-2045
FAX (908)516-2049
WWW.LAWSBR.COM

PATRICK L. ROCCO
DIRECT: 908-516-2043
procco@lawsbr.com

November 3, 2017

*Via ECF*

Hon. Michael Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

    Re:   *Okumus Opportunistic Value Fund, Ltd. vs. Valeant Pharmaceuticals, Inc., et al.*, No. 3:17-cv-06513 (MAS-LHG)

Dear Judge Schipp:

    We represent Plaintiff Okumus Opportunistic Value Fund, Ltd. in the above-captioned case. Please accept this letter in lieu of a more formal brief in response to the Court's order to show cause of October 19, 2017 (Dkt. # 20) and in opposition to Defendants' Memorandum of Law in Support of a Stay (Dkt. # 22). For the reasons stated in the letter of Class Counsel to Judge Goodman filed in *In re Valeant Pharmaceuticals Int'l., Inc. Securities Litig.*, Civil Action No. 3:15-cv-07658 (MAS) (LHG) (Dkt. #274-5), which are incorporated herein by reference, Plaintiff Okumus opposes a stay of the above-captioned litigation.

                                               Respectfully submitted,

                                               Patrick L. Rocco

cc: All Counsel of Record via ECF