Patrick L. Rocco (PR-8621)
**FLEISCHMAN BONNER & ROCCO LLP**
447 Springfield Avenue, 2nd Floor
Summit, New Jersey 07901
(908) 516-2045
Email: procco@fbrllp.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| OKUMUS OPPORTUNISTIC VALUE FUND, LTD.<br><br>Plaintiff<br><br>vs.<br><br>VALEANT PHARMACEUTICALS NTERNATIONAL, INC., J. MICHAEL PERASON, HOWARD B. SCHILLER, ROBERT ROSIELLO, ARI KELLEN and TANYA CARRO<br><br>Defendants | Civ. Action No.: 3:17-cv-06513 (MAS-LHG)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST TO BE REMOVED FROM ECF SERVICE LIST**<br><br>*Document Electronically Filed* |

    PLEASE TAKE NOTICE that Ralph M. Stone hereby withdraws as counsel for Plaintiff Okumus Opportunistic Value Fund, Ltd. ("Plaintiff") in this matter. The remaining attorneys of record for Plaintiff, including Patrick L. Rocco, and those admitted *pro hac vice*, will continue to serve as counsel for Plaintiff. Accordingly, please remove Mr. Stone from the list of NEF recipients in this matter.

Dated: February 5, 2019

                          Respectfully submitted,

                By:   /s/ Ralph M. Stone  
                        Ralph M. Stone  
                        rstone@lawsbr.com

                By:   /s/ Patrick L. Rocco  
                        Patrick L. Rocco (PR-8621)  
                        FLEISCHMAN BONNER & ROCCO LLP  
                        447 Springfield Avenue, 2nd Floor  
                        Summit, New Jersey 07901  
                        (908) 516-2045

                        *Attorney for Plaintiff*

## **CERTIFICATION OF SERVICE**

I HEREBY CERTIFY THAT ON February 5, 2019, a copy of the foregoing Notice was electronically filed and served by ECF upon all counsel of record in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: February 5, 2019

/s/ Ralph M. Stone
Ralph M. Stone
rstone@lawsbr.com