WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
Benjamin Sokoly

*Attorneys for Defendant,*
*Howard B. Schiller*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| OKUMUS OPPORTUNISTIC VALUE FUND, LTD., | Honorable Michael A. Shipp, U.S.D.J. |
| | Civil Action No.: 17 CV 6513 (MAS)(LHG) |
| Plaintiff, | |
| v. | |
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, HOWARD B. SCHILLER, ROBERT ROSIELLO, ARI KELLEN and TANYA CARRO, | **SUBSTITUTION OF COUNSEL** |
| Defendants. | |

Please take notice of the substitution of counsel Benjamin Sokoly, who is from the law firm Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166, in place and instead of James S. Richter, who is no longer with the firm, as counsel for Defendant, Howard B. Schiller.

        WINSTON & STRAWN LLP
        Substitution Counsel

    By:  <u>s/ Benjamin Sokoly</u>
       Benjamin Sokoly
       bsokoly@winston.com
       200 Park Avenue
       New York, New York 10166
       (212) 294-6700
       *Counsel for Defendant*
       *Howard B. Schiller*

## **CERTIFICATION OF SERVICE**

I hereby certify that on July 16, 2019, a copy of the foregoing Substitution of Counsel was electronically filed and served by ECF upon all counsel of record in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

By:      s/ Benjamin Sokoly
Benjamin Sokoly
bsokoly@winston.com
200 Park Avenue
New York, New York 10166
(212) 294-6700
*Counsel for Defendant*
*Howard B. Schiller*