Patrick L. Rocco (PR-8621)
**FLEISCHMAN BONNER & ROCCO LLP**
447 Springfield Avenue, 2nd Floor
Summit, New Jersey 07901
(908) 516-2045
Email: procco@fbrllp.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| OKUMUS OPPORTUNISTIC VALUE FUND, LTD.<br><br>Plaintiff<br><br>vs.<br><br>VALEANT PHARMACEUTICALS NTERNATIONAL, INC., J. MICHAEL PERASON, HOWARD B. SCHILLER, ROBERT ROSIELLO, ARI KELLEN and TANYA CARRO<br><br>Defendants | Civ. Action No.: 3:17-cv-06513 (MAS-LHG)<br><br>*Document Electronically Filed* |

## NOTICE OF MOTION FOR PRO HAC VICE ADMISSION
## OF PETER BARRY PATTERSON

PLEASE TAKE NOTICE, that on July 6, 2020 at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Okumus Opportunistic Value Fund, Ltd., will move before the Honorable Michael Shipp, United States District Judge in the United States District Court for the District of New Jersey at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608 for

an order pursuant to Local Rule 101.1(c) to admit *pro hac vice* Peter Barry Patterson as counsel for Plaintiff in the above-captioned matter.

In support of this motion, the undersigned shall rely upon the Declarations of Patrick L. Rocco, and Peter Barry Patterson, Jr.  Counsel for Defendants Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Ari Kellen have stated that they have no objection to the admission requested herein.  A proposed form of Order is also being submitted herewith.

Dated: June 5, 2020

                                          Respectfully submitted,

By:   s/ Patrick L. Rocco
        Patrick L. Rocco (PR-8621)
        FLEISCHMAN BONNER & ROCCO LLP
        447 Springfield Avenue, 2nd Floor
        Summit, New Jersey 07901
        (908) 516-2045